IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

WELINGTON CEBALLO, : CIVIL ACTION
Petitioner :
:
v. : No. 09-4982
:
MR. MAZARKIEWICZ, et al., :
Respondents :

FILED
JUL 8 2010
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

## ORDER

JOHN P. FULLAM, J.

AND NOW, this 8th day of July, 2010, upon careful and independent consideration of the petition for a writ of habeas corpus, and after review of the Report and Recommendation of United States Magistrate Judge Timothy R. Rice, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED
2. The petition for a writ of habeas corpus is DENIED with prejudice.
3. There is no probable cause to issue a certificate of appealability.
4. The Clerk of the Court shall mark this case closed for statistical purposes.

BY THE COURT:

*/s/ John P. Fullam*
JOHN P. FULLAM, J.